# Court of Appeals
# of the State of Georgia

ATLANTA,  April 25, 2014

*The Court of Appeals hereby passes the following order:*

**A14A1432.  JANICE JONES, et al. v. WHITNEY BROWN.**

**A14A1433.  EDDIE JONES, et al. v. WHITNEY BROWN.**

Eddie Jones was involved in a collision with Whitney Brown.  Janice Jones and her minor son, Walter Hudson, were passengers in Eddie Jones's vehicle, along with Eddie Jones's minor daughter, Vivica Riggins.  In Case No. A14A1432, Janice Jones sued Brown for damages allegedly sustained by her and her son.  In Case No. A14A1433, Eddie Jones filed a separate lawsuit against Brown seeking damages for injuries allegedly sustained by him and his daughter.  The cases were tried simultaneously, and the trial court entered judgment in favor of Janice Jones in the amount of $1,529.15, Hudson in the amount of $458.75, Eddie Jones in the amount of $1,112.50, and Riggins in the amount of $966.50.  Both Janice Jones and Eddie Jones filed direct appeals. We lack jurisdiction.

Pursuant to OCGA § 5-6-35 (a) (6), appeals in all actions for damages in which the judgment is $10,000 or less shall comply with the discretionary appeals procedure.  Because these lawsuits are actions for damages and the judgments entered were less than $10,000, discretionary applications were required under OCGA § 5-6-35.  See *Jennings v. Moss*, 235 Ga. App. 357 (509 SE2d 655) (1998); see also *Brunswick v. Todd*, 255 Ga. 448 (339 SE2d 589) (1986) (holding that the "yardstick" set forth in OCGA § 5-6-35 (a) (6) applies to the final result in an action for damages,

not the amount of relief sought).  Given Janice Jones's and Eddie Jones's failure to file applications, this appeal is DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
            *Clerk's Office, Atlanta,* 04/25/2014
            *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
            *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*